UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF COLORADO

| | | |
|---|---|---|
| IN RE: <br> ERIC RALLS <br><br>   Debtor. | ) <br> ) <br> ) <br> ) | Case No. 23-11620-TBM <br><br> Chapter 11 |
| IN RE: <br> EARTH.COM, INC. <br><br>   Debtor. | ) <br> ) <br> ) <br> ) | Case No. 23-11621-TBM <br><br> Chapter 11 |
| IN RE: <br> EARTHSNAP, INC. <br><br>   Debtor. | ) <br> ) <br> ) <br> ) <br> ) | Case No. 23-11622-TBM <br><br> Chapter 11 |

## MOTION TO ALLOW ERIC RALLS TO ATTEND
## STATUS CONFERENCE BY TELEPHONE

The Debtors, Eric Ralls ("Ralls"), Earth.com ("Earth"), and EarthSnap, Inc. ("ESI" and collectively "Debtors"), by and through their attorneys, Kutner Brinen Dickey Riley, P.C., move the Court for entry of an Order allowing Eric Ralls, both individually and in his capacity as a corporate representative of Earth and ESI, to attend the Status Conference Pursuant to 11 U.S.C. § 1188 ("Status Conference") set for June 15, 2023 at 10:30 a.m. telephonically, and as grounds therefore, states as follows:

    1.    The Debtor filed his voluntary petition for relief pursuant to Chapter 11 of the Bankruptcy Code on April 19, 2023 ("Petition Date"). The Debtor remains a Debtor-in-Possession.

    2.    Ralls is an individual residing in Telluride, CO, and serves as CEO of Earth and ESI.

    3.    Because of local events in Telluride, the Debtor has been unable to obtain a flight from Telluride to Denver. The only alternative to a flight is for Ralls to drive to Denver, which will take approximately 6.5 hours each way, resulting in a 13 hour round trip.

    4.    The Debtors therefore respectfully request authorization for Ralls to attend the Status Conference telephonically to avoid undue burden and expense.

5. No parties will be prejudiced by allowing Ralls to appear telephonically. Counsel for the Debtors will appear in person, and testimony is generally not required at a status conference.

WHEREFORE, the Debtors pray that the Court enter an Order allowing Eric Ralls to attend the Status Conference telephonically, and for such further and additional relief as to the Court may appear proper.

Dated: June 14, 2023                    Respectfully submitted,

                                        By: */s/ Keri L. Riley*
                                            Keri L. Riley, #47605
                                            **KUTNER BRINEN DICKEY RILEY, P.C.**
                                            1660 Lincoln Street, Suite 1720
                                            Denver, CO 80264
                                            Telephone: (303) 832-2400
                                            E-Mail: klr@kutnerlaw.com

## CERTIFICATE OF SERVICE

I certify that on June 14, 2023, I served a complete copy of the foregoing **MOTION TO ALLOW ERIC RALLS TO ATTEND STATUS CONFERENCE BY TELEPHONE** on the following parties in compliance with the Federal Rules of Bankruptcy Procedure and the Court's Local Rules:

Alison E. Goldenberg, Esq.
US Trustee's Office
1961 Stout Street
Suite 12-200
Denver, CO 80294

Joli A. Lofstedt, Esq.
Subchapter V Trustee
P.O. Box 270561
Louisville, CO 80027

Patrick R. Akers, Esq.
Timothy Swanson, Esq.
Moye White LLP
1400 16th Street
6th Floor
Denver, CO 80202

AIS Portfolio Services, LLC
ATTN: Ally Bank Department
4515 North Santa Fe Avenue
Department APS
Oklahoma City, OK 73118

Alan D. Schindler, Esq.
Greenspoon Marder LLP
1144 Fifteenth Street
Suite 2700
Denver, CO 80202

Lynn Hamilton Butler, Esq.
Husch Blackwell LLP
111 Congress Avenue
Suite 1400
Austin, TX 78701

Peter W. Thomas, Esq.
Thomas, P.C.
124 West Hyman Avenue
Suite 1A
Aspen, CO 81611

Hartley T. Bernstein, Esq.
Bernstein Cherney LLP
955 Park Avenue
Fifth Floor West
New York, NY 10028

Steven T. Mulligan, Esq.
Coan Payton & Payne, LLC
999 18th Street
Suite S3100
Denver, CO 80202

Dean E. Richardson, Esq.
Moye White LLP
1400 16th Street
6th Floor
Denver, CO 80202

**/s/Vicky Martina**
**Vicky Martina**